IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : C.A. No. 02-CV-3658 |
| v. | : |
| BUCKS COUNTY PICTURES, INC. | : |
| and | : |
| MARK FIEDLER | : |

**PLAINTIFFS' RESPONSE TO AFFIRMATIVE DEFENSES OF
DEFENDANT BUCKS COUNTY PICTURES, INC.**

Plaintiff, Jamie Long by and through her counsel, Black & Associates, P.C. hereby responds to the Affirmative Defenses of Defendant Bucks County Pictures, Inc. and in support thereof, avers as follows:

**FIRST AFFIRMATIVE DEFENSE**

Denied.

**SECOND AFFIRMATIVE DEFENSE**

Denied.

**THIRD AFFIRMATIVE DEFENSE**

Denied.

**FOURTH AFFIRMATIVE DEFENSE**

Denied.

**FIFTH AFFIRMATIVE DEFENSE**

Denied.

**SIXTH AFFIRMATIVE DEFENSE**

Denied.

WHEREFORE, Plaintiff respectfully request judgment in her favor.

                                    **BLACK & ASSOCIATES, P.C.**

                                    _____
                                    ROBERT F. STRANICK
                                    327 W. Front Street
                                    Media, PA 19063
                                    (610) 566-8500