IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : C.A. No. 02-CV-3658 |
| v. | : |
| BUCKS COUNTY PICTURES, INC. | : |
| and | : |
| MARK FIEDLER | : |

**PLAINTIFF'S RESPONSE TO AFFIRMATIVE DEFENSES OF
DEFENDANT MARK FIEDLER.**

Plaintiff, Jamie Long, by and through her counsel, Black & Associates, P.C. hereby responds to the Affirmative Defenses of Defendant Mark Fiedler. and in support thereof, avers as follows:

**FIRST AFFIRMATIVE DEFENSE**

Denied.

**SECOND AFFIRMATIVE DEFENSE**

Denied.

WHEREFORE, Plaintiff respectfully requests judgment in their favor.

**BLACK & ASSOCIATES, P.C.**

_____
ROBERT F. STRANICK
327 W. Front Street
Media, PA 19063
(610) 566-8500

1