IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : C.A. No. 02-CV-3658 |
| | : |
| v. | : |
| | : |
| BUCKS COUNTY PICTURES, INC. | : |
| | : |
| and | : |
| | : |
| MARK FIEDLER | : |

**PLAINTIFF'S SELF-EXECUTING DISCLOSURE PURSUANT TO SECTION 4:01 OF THE EXPENSE AND DELAY REDUCTION PLAN**

A.   Persons Reasonably Likely to Have Information

Plaintiff, Jamie Long, 303 Logan Avenue, Croydon, PA 19021

Maryann Long, 303 Logan Avenue, Croydon, PA 19021

Mark Fiedler, 325 Baldwin Road, Glassboro, NJ 08028

Mary Thompson, 2205 High Street, Croydon, PA 19021

Allison Davis, 693 Mansion Street, Bristol, PA 19007

Regina Maiden, 1918 E. Lyppincott St., Philadelphia, PA 19114

Sean Maiden, 1918 E. Lyppincott St., Philadelphia, PA 19114

Jessica Morris, 908 Excellsior Ave., Croydon, PA

Nichole Avling, 1100 State Road, Croydon, PA

Sarah Schools, 922 Orchard Ave., Croydon, PA

Kristine Sterling, 502 Harris Ave., Croydon, PA

Tracy Schalek, 3825 Orchard Avenue, Bethelehem, PA

Joanne Heimsoath, 100 Overlook Avenue, Croydon, PA

Plaintiff, Jamie Long's medical providers:

    Custodian of Records, Frankford Torresdale Hospital, Red Lion and Knight Roads, Philadelphia, PA 19124

    Bruce Markovitz, M.D., Soll Eye Associates, 5001 Frankford Ave., Philadelphia, PA 19124

    Records Custodian, Rehab Place, 202 East Old Lincoln Highway, Langhorne, PA 19047

    Dr. Stephen Masceri, 2422 Bristol Road, Bensalem, PA 19020

    Dr. John L. Sabatini, 301 Oxford Valley Road, Suite 905A, Yardley, PA 19067

    Dr. John Petolillo, 333 South Oxford Valley Road, Suite 503, Fairless Hills, PA 19030

    Bruce H. Heppenstall, M.D., University of Pennsylvania, Department of Orthopedic Surgery, 3400 Spruce Street, Silverstein II, Philadelphia, PA 19104

    Representative from Bucks County Pictures

    Investigation and discovery are continuing and Plaintiff reserves the right to supplement this information.

B.     <u>Documents, Data, Computations and Tangible Things in Possession of Plaintiff</u>

    Medical Records and Bills from the following:

    Frankford Torresdale Hospital
    Bruce Markovitz, M.D.
    Rehab Place
    Dr. Stephen Masceri
    Dr. John L. Sabatini
    Dr. John Petolillo
    Bruce H. Heppenstall, M.D

    Investigation and discovery are continuing and Plaintiff' reserves the right to supplement this information.

C.     <u>Insurance Coverage</u>

    Peerless Insurance
    1685 Valley Center Parkway
    Bethlehem, PA 18017
    Defendant, Mark Fiedler

    Unknown for Defendant, Bucks County Pictures

**BLACK & ASSOCIATES, P.C.**

_____
ROBERT F. STRANICK, ESQUIRE