```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMIE LONG                        :
                                  :      CIVIL ACTION
        v.                        :
                                  :      No. 02-3658
BUCKS COUNTY PICTURES, INC.,      :
AND MARK FIEDLER                  :
```

**ORDER**

**AND NOW**, this 18th day of September, 2002, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on December 9, 2002, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for November 26, 2002, at 9:30 a.m.

BY THE COURT:

_____
John R. Padova, J.