IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : CIVIL ACTION |
| V. | : |
| BUCKS COUNTY PICTURES, INC., ET AL | : NO. 02-3658 |

O R D E R

_____AND NOW, this 19th day of September, 2002, IT IS HEREBY ORDERED that this matter be referred to Magistrate Judge Charles B. Smith for a settlement conference to be held in October, 2002.

BY THE COURT:

_____
JOHN R. PADOVA,     J.