IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : C.A. No. 02-CV-3658 |
| | : |
| v. | : |
| | : |
| BUCKS COUNTY PICTURES, INC. | : |
| | : |
| and | : |
| | : |
| MARK FIEDLER | : |

**ORDER**

AND NOW, this _____ day of _____, 2002 upon consideration of the Motion of Plaintiffs to Compel Discovery it is ORDERED that Defendant, Mark Fiedler, fully and completely answer the interrogatories and produce all documents and things requested by Plaintiffs within ten (10) days of this Order.

BY THE COURT

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : C.A. No. 02-CV-3658 |
| | : |
| v. | : |
| | : |
| BUCKS COUNTY PICTURES, INC. | : |
| | : |
| and | : |
| | : |
| MARK FIEDLER | : |

MOTION TO COMPEL DISCOVERY

1. On July 11, 2002, Plaintiff forwarded discovery requests to Defendant, Mark Fiedler. Attached hereto and made a part hereof and marked as Exhibit "A" is a copy of said letter.

2. On August 30, 2002, a letter was sent to counsel for Defendant, Mark Fiedler, in order to obtain a response to the discovery requested. Attached hereto and made a part hereof and marked as Exhibit "B" is a copy of said letter.

3. On September 6, 2002, counsel for Plaintiff left a voice mail message for counsel for Defendant, Mark Fiedler, requesting that he indicated when Plaintiff's counsel should anticipate receiving a response to the discovery requested.

4. Defendant's counsel has neither responded to the voice mail of September 6, 2002, the letter of August 30, 2002, or the discovery requests of July 11, 2002.

5. Plaintiffs respectfully requests that the Court enter an Order compelling Defendant, Mark Fiedler to fully and completely respond to Interrogatories and Request for Production of Documents and Things of Plaintiffs directed to Defendant.

WHEREFORE, it is requested that the Court enter an order in the form attached.

                                               **BLACK & ASSOCIATES, P.C.**

BY:_____
        ROBERT F. STRANICK
        Attorney I.D. No. 57777
        327 W. Front Street
        Media, PA 19063
        (610) 566-8500

DATE:  September 18, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE LONG | : C.A. No. 02-CV-3658 |
| | : |
| v. | : |
| | : |
| BUCKS COUNTY PICTURES, INC. | : |
| | : |
| and | : |
| | : |
| MARK FIEDLER | : |

### CERTIFICATE OF SERVICE

I, **ROBERT F. STRANICK, ESQUIRE**, attorney for Plaintiff hereby certify that a true and correct copy of the Plaintiffs' Motion to Compel Discovery were served upon the following by U.S. Mail, postage pre-paid on September 18, 2002 .

Nancy Harris Marvel, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

and

Fred B. Buck, Esquire
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA  19107

**BLACK & ASSOCIATES, P.C.**

_____
ROBERT F. STRANICK, ESQUIRE