IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA MORRIS | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3787 |
| MARK FIEDLER | : |
| JAMIE LONG | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3658 |
| BUCKS COUNTY PICTURES and MARK FIEDLER | : |

**ORDER**

AND NOW, this          day of October, 2002, upon consideration of the Motion of Plaintiff Jessica Morris to Consolidate the above-captioned cases, and it appearing to the Court that the Motion is unopposed and that the cases involve common questions of law and fact, it is hereby ORDERED that the Motion is GRANTED and the above cases are CONSOLIDATED for all purposes under Case No. 02-CV-3658. See Generally: Fed.R.Civ.P. 42(a).

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to transfer all papers in Case No. 02-CV-3787 to Case No. 02-CV-3658 and to close out Case No. 02-CV-3787.

BY THE COURT:


_____
J. CURTIS JOYNER,     J.