IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE LONG | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| BUCKS COUNTY PICTURES, INC. | : | |
| ET AL | : | NO. 02-3658 |

# O R D E R

_____AND NOW, this 4th day of November, 2002, in view of the consolidation of C.A. No. 02-3787 with this case, IT IS HEREBY ORDERED that:

    1. The caption in this case shall be amended to include the parties from C.A. No. 02-3787;

    3. Defendant shall file a response to Plaintiff Jessica Morris's Complaint on or before November 18, 2002;

    4. All dates contained in the Court's August 22, 2002 scheduling order are extended by thirty (30) days. A final pretrial conference is scheduled for December 30, 2002 at 2:00 p.m. This case shall be placed in the trial pool as of January 1, 2003.

BY THE COURT:

_____
JOHN R. PADOVA,          J.